UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

John Burton, Individually and for and on Behalf of All Wrongful Death Beneficiaries of Derek Cumberledge, Deceased, and as the Administrator of the Estate of Derek Cumberledge, Deceased,

                                            Plaintiffs

Cause No.: 1:21-cv-00060-GHD-RP

v.

United Furniture Industries, Inc. and John Doe Corporation,

                                            Defendants

## ORDER GRANTING DEFENDANT'S MOTION TO FILE EXCESS PAGES

This matter is before the Court on the Defendant's unopposed Motion to File Excess Pages [73] filed pursuant to L.U.Civ.R. 7(b)(5). Therein, the Defendant moved for the total briefing page limit to be extended from 35 to 50 pages in order that he may adequately address arguments made by Plaintiffs' in their response to the Defendant's motion for summary judgment [59]. Upon due consideration, the Court finds that the motion is well-taken.

Accordingly, it is therefore, ORDERED that, the Defendant's unopposed motion to file excess pages [73] is GRANTED; the Defendant is granted leave to exceed the page limit set out in L. U. Civ. R. 7(b)(5), and its original and rebuttal memorandum briefs together in support of its motion for summary judgment [59] may not exceed a total of fifty pages instead of thirty-five

- 2 -

pages.

SO ORDERED this the ___8th___ day of April, 2022.

_____
SENIOR U.S. DISTRICT JUDGE