IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| John Burton, Individually and for and on Behalf of All Wrongful Death Beneficiaries of Derek Cumberledge, Deceased, and as the Administrator of the Estate of Derek Cumberledge, Deceased,<br><br>　　　　　　　　　　　Plaintiffs<br><br>v.<br><br>United Furniture Industries, Inc. and John Doe Corporation,<br><br>　　　　　　　　　　　Defendants | Cause No.: 1:21-cv-00060-GHD-RP |

ORDER DIRECTING THE FILING OF DOCUMENTS UNDER SEAL

The Court finds that, consistent with the requirements of Uniform Local Civil Rule 79, which governs the process for the sealing of court records, all further filings in this matter shall be sealed.

The Court therefore hereby ORDERS that all filings in this cause subsequent to today's date shall be made UNDER SEAL, with access restricted to the parties' counsel and Court personnel.

SO ORDERED, this the 6th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Glen H. Davidson
　　　　　　　　　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE